## Schaaf et al., Appellants, *v.* Darke et al.

Submitted November 13, 1973. *Robert J. Trageser,* for appellants; *Richard D. Klaber, Eugene F. Scanlon, Jr.,* and *Dickie, McCamey and Chilcote,* for appellees.

Order affirmed.

SPAULDING, J., absent.

## Schutz et ux., Appellants, *v.* Munday et al.

Argued November 16, 1973. *Leo M. Kiscaden,* with him *R. Edward Ferraro,* for appellant; *Norbert J. Pontzer,* with him *Pontzer and Pontzer,* for appellees.

Order affirmed.

SPAULDING, J., absent.